**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

DEL MONTE FRESH PRODUCTION, INC.,

    Plaintiff,

v.

TS STAFFING SERVICES INC., d/b/a CORPORATE RESOURCE SERVICES,

    Defendant.

**Civil Action No**.

**COMPLAINT**

Plaintiff Del Monte Fresh Production, Inc., (Del Monte) sues defendant TS Staffing Services Inc., doing business under the fictitious name Corporate Resource Services, (TSS) and alleges as follows:

## **INTRODUCTION**

Del Monte is in the business of growing and selling fresh produce, including round variety and other tomatoes grown in Florida. In order to meet its workforce needs during the tomato harvesting season in Florida, Del Monte entered into a Contingent Workforce Supply Agreement with TSS by which TSS agreed to provide workers, supervisors, and other workforce personnel to Del Monte. TSS breached the agreement by failing to provide Del Monte with the workforce required to timely harvest Del Monte's tomato fields. Indeed, TSS breached the agreement spectacularly. Not one week of the harvest season did it provide Del Monte with the full required workforce. Instead, TSS provided Del Monte with as little as 9% of the workforce

required by Del Monte.  As a result of TSS's flagrant disregard of its contractual obligations, Del Monte lost a substantial portion of its tomato harvest, with its damages exceeding $10 million.

## NATURE OF THE ACTION, JURISDICTION, VENUE, AND PARTIES

1. This is an action for breach of contract.  The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, in that the parties are citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest, costs, and attorney's fees.

3. Venue of this action is properly laid in this District as the wrongful conduct of TSS and the acts giving rise to the asserted causes of action occurred in whole or in part or had substantial effect within this District.

4. Del Monte is a corporation organized and registered under the laws of the State of Delaware and has its principal place of business in Mulberry, Florida.

5. TSS is a corporation organized and registered under the laws of the State of Texas and has its principal place of business in the State of New York.

## FACTUAL ALLEGATIONS

### A. Del Monte's Tomato Business In Florida

6. Del Monte is in the business of growing and selling fresh produce, including round variety and other tomatoes grown in Florida.  Del Monte owns over 7,000 acres of land in Florida that it uses to grow tomatoes for sale to retailers, wholesalers, and other direct purchasers for resale to consumers and for use in food products sold to consumers.  Del Monte is part of the Fresh Del Monte group of companies, which is one of the world's leading vertically-integrated

producers, marketers and distributors of high-quality fresh and fresh-cut fruit and vegetables, as well as a leading producer and distributor of prepared food in the United States, Europe, Africa, the Middle East and the countries formerly part of the Soviet Union under the Del Monte® brand.

7. According to the United States Department of Agriculture, Florida is the second-leading tomato producing state in the country, after California. Florida's tomato season runs from October to June and has the greatest production in April and May and again in November to January. During its season, Florida produces almost all of the fresh-market, field-grown tomatoes in the United States.

8. During the tomato season just ended, Del Monte had approximately 1,350 net plastic acres in Florida planted with tomatoes, including round, cherry, and grape varieties. Seventy-five percent of the plantings are of round tomatoes. The round tomato variety grown in Florida is particularly desirable to the fast food trade because the tomatoes have a firm skin and are best for slicing. Based on available data, Del Monte estimates that the 1,300 acres of tomatoes yielded during the most recent growing season approximately 2.5 million boxes of tomatoes with an estimated value of over $30 million dollars.

    **B.  Del Monte's Workforce Agreement With TSS**

9. In anticipation of the spring harvest season for its Florida tomatoes, Del Monte on January 7, 2014 entered into a Contingent Workforce Supply Agreement with TSS (the Agreement). (A copy of the Agreement with Addenda is attached as exhibit A.)

10. Pursuant to the Agreement, TSS agreed to provide to Del Monte at its tomato farms in Florida workers and supervisors as requested by Del Monte during the 2013-2014 tomato season.

11. TSS breached the Agreement by failing to provide Del Monte with the requested workers and supervisors. For example, during the week of April 28, the height of the harvest season, TSS provided Del Monte with only a small fraction of the workers and supervisors requested:

- a. Monday, April 28, 2014, TSS provided only 181 out of 1,290 requested workers, or 14.03%;
- b. Tuesday, April 29, 2014, TSS provided only 209 out of 1,290 requested workers, or 16.20%;
- c. Wednesday, April 30, 2014, TSS provided only 203 out of 1,290 requested workers, or 15.73%;
- d. Thursday, May 1, 2014, TSS provided only 211 out of 1,290 requested workers, or 16.35%;
- e. Friday, May 2, 2014, TSS provided only 270 out of 1,290 requested workers, or 20.93%; and
- f. Saturday, May 3, 2014, TSS provided only 116 out of 1,290 requested workers, or 8.99%.

12. The Agreement provides that TSS shall indemnify Del Monte for any and all...loss [or] damage...arising or in any way connected with the Services provided pursuant to the Agreement and to pay to Del Monte for all expenses incurred by Del Monte in the event that [TSS] fails to meet performance requirements or compliance standards as set forth in [the] Agreement.... (Agreement at §§ II, III.)

### C. Del Monte's Lost Tomato Crop

13. Based on its current assessment, as a result of TSS's breach of the Agreement, Del Monte was unable to harvest tomatoes equaling approximately one million 25 pound boxes. In addition, due to quality issues relating the sale of tomatoes that were untimely harvested, Del Monte suffered the additional loss of over 500,000 25 pound boxes. These damages are estimated to exceed $10 million.

## COUNT I
### Breach of Contract

14. Del Monte re-alleges paragraphs 1 through 13, above.

15. Del Monte and TSS entered into the Agreement, pursuant to which TSS agreed to provide Del Monte with the requested workforce in connection with the harvest of Del Monte's tomato fields, including during the Spring 2014 season.

16. TSS breached the Agreement by failing to provide Del Monte with the requested workforce in connection with the harvest of Del Monte's tomato fields during the Spring 2014 season.

17. As a result of TSS's breach of the Agreement, Del Monte has suffered damages estimated to exceed $10 million.

WHEREFORE, Del Monte demands judgment in its favor and against TSS for:

    A. Compensatory damages; and

    B. Pre-judgment interest, attorney's fees, and costs.

    C. Del Monte further reserves the right to seek to amend to assert a claim for punitive damages, as appropriate.

Dated:  September 18, 2014              Respectfully submitted,

                                               **BOIES, SCHILLER & FLEXNER LLP**

By: /s/ Carlos M. Sires
    Carlos M. Sires, Esq.
    (Florida Bar No. 319333)
    401 East Las Olas Boulevard, Suite 1200
    Fort Lauderdale, Florida  33301
    Telephone:  (954) 356-0011
    Facsimile:   (954) 356-0022
    csires@bsfllp.com
    ftleserve@bsfllp.com

    *Attorneys for Plaintiff Del Monte Fresh Production, Inc.*