UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-CV-23454-KMW

DEL MONTE FRESH PRODUCTION, INC.,

       Plaintiff,

v

TS STAFFING SERVICES INC., d/b/a
CORPORATE RESOURCE SERVICES,

       Defendant.
_____/

## AMENDED COUNTERCLAIM

Defendant TS Staffing Services, Inc., d/b/a Corporate Resource Services ("TSS"), through its undersigned counsel, hereby submits its Amended Counterclaim against Plaintiff Del Monte Fresh Production, Inc. ("Del Monte"), and alleges as follows:

### PARTIES

1. TSS is a corporation organized and registered under the laws of the State of Texas and has its principal place of business in the State of New York.

2. Upon information and belief, Del Monte is a corporation organized and registered under the laws of the State of Delaware and has its principal place of business in Mulberry, Florida.

### JURISDICTION AND VENUE

3. This is an action for breach of contract. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, in that the parties are citizens

of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest, costs and attorney's fees.

4. All of the conditions precedent to this action have occurred, have been performed, have been waived, or otherwise excused.

## GENERAL ALLEGATIONS

5. TSS is generally engaged in the temporary staffing business.

6. TSS and Del Monte have had a long-standing business relationship whereby TSS has provided Del Monte with temporary employees at several of its locations throughout the United States.

### A.    The Mulberry Agreement

7. On January 7, 2014, TSS and Del Monte entered into a Contingency Supply Workforce Agreement related to Del Monte's Florida locations in Mulberry, Parrish, and Myakka City ("Mulberry Agreement"), a copy of which is attached as Exhibit "A."

8. The Mulberry Agreement required Del Monte to pay TSS certain agreed upon rates for all temporary employees and related services provided by TSS at Del Monte's Florida locations as set forth in Exhibit A of the agreement.

9. Through September 2014, TSS provided temporary employees and related services to Del Monte at these locations fully in compliance with the terms of the Mulberry Agreement.

10. Del Monte has failed and refused to pay TSS the agreed upon rates for all temporary employees and related services provided by TSS pursuant to the Mulberry Agreement.

11. Del Monte's current outstanding balance due TSS pursuant to the Mulberry Agreement exceeds $7,750,000, exclusive of interest.

### B.     The Phoenix Agreement

12. In or about September 2014, TSS and Del Monte entered into a Contingency Supply Workforce Agreement related to Del Monte's Phoenix, Arizona location ("Phoenix Agreement") *via* TSS's assumption of the rights and obligations of same through its acquisition of Lumea. TSS does not have a copy of the Phoenix Agreement in its possession.

13. The Phoenix Agreement required Del Monte to pay TSS certain agreed upon rates for all temporary employees and related services provided by TSS at Del Monte's Arizona locations.

14. Through October 2014, TSS has provided temporary employees and related services to Del Monte at these locations fully in compliance with the terms of the Mulberry Agreement.

15. Del Monte has failed and refused to pay TSS the agreed upon rates for all temporary employees and related services provided by TSS pursuant to the Phoenix Agreement.

16. Del Monte's current outstanding balance due TSS pursuant to the Phoenix Agreement exceeds $57,000, exclusive of interest.

### COUNT I

### BREACH OF CONTRACT - MULBERRY AGREEMENT

17. TSS hereby re-alleges, re-asserts and incorporates by reference the allegations set forth in Paragraphs 1-16 as if fully set forth herein.

18. Del Monte has breached its obligations pursuant to the Mulberry Agreement by failing and refusing to pay TSS the agreed upon rates for all the temporary employees and related services provided by TSS at Del Monte's Florida locations identified in the agreement.

19. Del Monte presently owes TSS an amount in excess of $7,750,000, exclusive of accrued interest, for temporary employees and related services provided by TSS pursuant to the Mulberry Agreement.

20. TSS has incurred or will incur damages as a result of Del Monte's breach of the Mulberry Agreement, including, but not limited to, the amount of its unpaid invoices and lost investment opportunities, as well as its incidental and consequential damages.

21. Pursuant to Section X of the Mulberry Agreement, TSS shall also be entitled to an award of reasonable attorneys' fees and costs as a component of its damages.

ACCORDINGLY, TSS respectfully requests judgment against Del Monte for damages in excess of $7,750,000, plus reasonable attorneys' fees, costs, and interest, and for such other and further relief as may be deemed just and proper by this Court.

## COUNT II

## BREACH OF CONTRACT - PHOENIX AGREEMENT

22. TSS hereby re-alleges, re-asserts and incorporates by reference the allegations set forth in Paragraphs 1-16 as if fully set forth herein.

23. Del Monte has breached its obligations pursuant to the Phoenix Agreement by failing and refusing to timely pay TSS the agreed upon rates for all the

4

temporary employees and related services provided by TSS at Del Monte's Arizona locations identified in the agreement.

24.  Del Monte presently owes TSS an amount in excess of $57,000, exclusive of accrued interest, for temporary employees and related services provided by TSS pursuant to the Phoenix Agreement.

25.  TSS has incurred or will incur damages as a result of Del Monte's breach of the Phoenix Agreement, including, but not limited to, the amount of its unpaid invoices and lost investment opportunities, as well as its incidental and consequential damages.

26.  Pursuant to Section X of the Phoenix Agreement, TSS shall also be entitled to an award of reasonable attorneys' fees and costs as a component of its damages.

ACCORDINGLY, TSS respectfully requests judgment against Del Monte for damages in excess of $57,000, plus reasonable attorneys' fees, costs, and interest, and for such other and further relief as may be deemed just and proper by this Court.

    Respectfully submitted,

    BECKER & POLIAKOFF, P.A.
    Attorneys for Defendant
    1 East Broward Blvd., Suite 1800
    Ft. Lauderdale, FL  33312
    (954) 987-7550 (telephone)
    (954) 985-4176 (facsimile)

    By:  /s/  Allen M. Levine
        Allen M. Levine
        Florida Bar No. 315419

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 27, 2014, I electronically filed the within and foregoing document with the Clerk of the Court using the CM/ECF system., which will send notice of this filing to the following counsel of record: Carlos M. Sires, Esq., Boies, Schiller & Flexner LLP, 401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, Florida 33301.

                                                BECKER & POLIAKOFF, P.A.

                                                By  /s/  Allen M. Levine
                                                        Allen M. Levine
                                                        Florida Bar No. 315419