UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-CV-23454-KMW

DEL MONTE FRESH PRODUCTION, INC.,

        Plaintiff,

v

TS STAFFING SERVICES INC., d/b/a
CORPORATE RESOURCE SERVICES,

        Defendant.
_____/

## ANSWER TO AMENDED COUNTERCLAIM

Plaintiff Del Monte Fresh Production, Inc. ("Del Monte"), pursuant to Federal Rule of Civil Procedure 8, answers the amended counterclaim of defendant TS Staffing Services Inc. ("TSS") in the following correspondingly-numbered paragraphs.

    1.    Admitted.

    2.    Admitted.

    3.    Del Monte admits that this Court has subject matter jurisdiction over TSS's amended counterclaim because it has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, but denies that TSS has a claim for breach of contract.

    4.    Denied.

    5.    Del Monte admits that TSS is engaged in the business of providing workers to entities like Del Monte, but denies the rest of the allegations.

    6.    Del Monte admits that TSS has provided it with workers at several of its facilities in the United States, but denies the rest of the allegations.

7. Del Monte admits that it entered into the Contingency Supply Workforce Agreement that is attached as Exhibit A to the amended counterclaim.

8. Denied.

9. Denied.

10. Admitted that Del Monte has refused to pay certain amounts to TSS by reason of TSS's breaches of its agreements with Del Monte.

11. Denied.

12. Admitted.

13. Denied.

14. Denied.

15. Admitted that Del Monte has refused to pay certain amounts to TSS by reason of TSS's breaches of its agreements with Del Monte.

16. Denied.

17. Del Monte re-alleges its responses to paragraphs 1 through 16.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Del Monte re-alleges its responses to paragraphs 1 through 16.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

<u>First Affirmative Defense</u>

TSS has failed to state a claim upon which relief can be granted.

<u>Second Affirmative Defense</u>

TSS is not entitled to recover because it has materially breached its agreements with Del Monte.

<u>Third Affirmative Defense</u>

Any amounts due TSS are subject to set-off by Del Monte pursuant to the terms of the agreements.

**BOIES, SCHILLER & FLEXNER LLP**
*Attorneys for Plaintiff*

By: /s/ Carlos M. Sires

Carlos M. Sires, Esq.
(Florida Bar No. 319333)
Travis Robert-Ritter, Esq.
(Florida Bar No. 0103936)
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile:  (954) 356-0022
csires@bsfllp.com
trobert-ritter@bsfllp.com
ftleserve@bsfllp.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 13th day of November, 2014, a true and correct copy of the foregoing Answer to Amended Counterclaim was served by CM/ECF on all parties listed to receive electronic service for this case.

                                              By:   /s/ Travis Robert-Ritter
                                                      Travis Robert-Ritter