UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-CV-23454-KMW

DEL MONTE FRESH PRODUCTION, INC.,

    Plaintiff,

v.

TS STAFFING SERVICES INC., d/b/a
CORPORATE RESOURCE SERVICES,

    Defendant.
_____/

## JOINT NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION

Plaintiff Del Monte Fresh Production, Inc. and Defendant TS Staffing Services Inc. jointly file this Notice of Filing Proposed Order Scheduling Mediation.

    Respectfully submitted,

**BOIES, SCHILLER & FLEXNER LLP**
Attorney for Plaintiff

By: /s/ Carlos M. Sires

Carlos M. Sires, Esq.
(Florida Bar No. 319333)
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
csires@bsfllp.com
ftleserve@bsfllp.com

**BECKER & POLIAKOFF, P.A.**
Attorney for Defendant

By: /s/ Allen M. Levine
Allen M Levine
(Florida Bar No. 315419)

1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33312
(954) 987-7550 (telephone)
(954) 985-4176 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this day of December 8, 2014, I caused a true and correct copy of the foregoing Notice of Filing Proposed Order Scheduling Mediation to be served by CM/ECF on all parties listed to receive electronic service for this case.

By: Carlos M. Sires
Carlos M. Sires, Esq.