UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-CV-23454-KMW

DEL MONTE FRESH PRODUCTION, INC.,

    Plaintiff,

v.

TS STAFFING SERVICES INC., d/b/a
CORPORATE RESOURCE SERVICES,

    Defendant.
_____/

ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with John Freud on August 10, 2015, at 9:00AM at Museum Tower, 150 West Flagler Street, Suite 2700, Miami, Florida 33130.

ENTERED this ___ day of _____, 20 ___.

_____
Honorable Kathleen M. Williams
U.S. District Judge

Copies furnished:
All counsel of record