UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-CV-23454-WILLIAMS

DEL MONTE FRESH PRODUCTION, INC.,

    Plaintiff,

vs.

TS STAFFING SERVICES INC., d/b/a
CORPORATE RESOURCE SERVICES,

    Defendant.
_____/

## ORDER AMENDING SCHEDULE

This **MATTER** is reset for trial during the Court's two-week trial calendar beginning on **February 8, 2016.** Calendar call will be held on February 2, 2016, at 11:00 a.m., 400 North Miami Ave., Miami, Florida, Courtroom 11-3. No pre-trial conference will be held unless a Party requests one no later than 30 days prior to the calendar call or the Court determines that one is necessary. The Parties shall adhere to the following schedule:

I.    Schedule.

| | |
|---|---|
| July 15, 2015 | The Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(2). |
| August 5, 2015 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(2). |

| | |
|---|---|
| September 29, 2015 | The Parties shall complete all discovery, including expert discovery. |
| October 21, 2015 | The Parties shall complete mediation and file a mediation report with the Court. |
| October 30, 2015 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| January 8, 2015 | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) the legal elements of Plaintiff's claims, including damages; and 2) the legal elements of the defenses that are raised. |
| January 8, 2015 | The Parties shall file witness and exhibit lists and all motions *in limine*.[1] The witness list shall include **only those witnesses the Parties actually intend to call at trial** and shall include a brief synopsis of their |

---

[1] If applicable, the Parties shall file any motions to exclude expert testimony based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), **thirty (30) days prior to the calendar call**.

testimony.  The exhibit lists shall identify each witness that will introduce each exhibit.

II.  <u>Mediation.</u>  Within **thirty (30) days of the date of this Order**, the Parties shall: select a mediator certified under Local Rule 16.2(b); schedule a time, date, and place for mediation; and jointly file a proposed order scheduling mediation as shown on the Sample Form Order Scheduling Mediation found in the Forms located on the Court's website.  If the Parties cannot agree on a mediator, they shall notify the Clerk in writing immediately, and the Clerk shall designate a certified mediator on a blind rotation basis.  Counsel for all Parties shall familiarize themselves with, and adhere to, all provisions of Local Rule 16.2.

All other provisions of the original scheduling order (DE 14) remain in effect.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 25 day of June, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:  The Honorable Andrea M. Simonton
     Counsel of Record