UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-CV-23454-WILLIAMS

DEL MONTE FRESH PRODUCTION, INC.,

    Plaintiff,

vs.

TS STAFFING SERVICES INC., d/b/a
CORPORATE RESOURCE SERVICES,

    Defendant.
_____/

## ORDER AMENDING SCHEDULE

This **MATTER** is reset for trial during the Court's two-week trial calendar beginning on **February 8, 2016.** Calendar call will be held on February 2, 2016, at 11:00 a.m., 400 North Miami Ave., Miami, Florida, Courtroom 11-3. No pre-trial conference will be held unless a Party requests one no later than 30 days prior to the calendar call or the Court determines that one is necessary. The Parties shall adhere to the following schedule:

I.    Schedule.

| | |
|---|---|
| July 29, 2015 | The Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| August 19, 2015 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |

| | |
|---|---|
| September 29, 2015 | The Parties shall complete all discovery, including expert discovery. |
| October 21, 2015 | The Parties shall complete mediation and file a mediation report with the Court. |
| October 30, 2015 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| January 8, 2015 | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) the legal elements of Plaintiff's claims, including damages; and 2) the legal elements of the defenses that are raised. |
| January 8, 2015 | The Parties shall file witness and exhibit lists and all motions *in limine*.[1]  The witness list shall include **only those witnesses the Parties actually intend to call at trial** and shall include a brief synopsis of their |

---

[1] If applicable, the Parties shall file any motions to exclude expert testimony based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), **thirty (30) days prior to the calendar call**.

testimony. The exhibit lists shall identify each witness that will introduce each exhibit.

All other provisions of the original scheduling order (DE 14) remain in effect.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 16th day of July, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE