UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-cv-23454-KMW

DEL MONTE FRESH PRODUCTION, INC.,

       Plaintiff/Counter-Defendant,

v

TS STAFFING SERVICES INC., d/b/a
CORPORATE RESOURCE SERVICES,

       Defendant/Counter-Plaintiff.
_____/

## SUGGESTION OF BANKRUPTCY

Defendant/Counter-Plaintiff, TS STAFFING SERVICES INC., d/b/a CORPORATE RESOURCE SERVICES, by its undersigned counsel, hereby provides notice that on July 23, 2015, TS Staffing Services, Inc. filed a proceeding under Chapter 11 of the United States Bankruptcy Code in the U.S. Bankruptcy Court, District of Delaware, Case No. 15-11553; and that Corporate Resource Services, Inc. filed a proceeding under Chapter 11 of the United States Bankruptcy Code in the U.S. Bankruptcy Court, District of Delaware, Case No. 15-11546.

    Respectfully submitted,

    WEISS SEROTA HELFMAN
    COLE & BIERMAN, P.L.
    *Counsel for TS Staffing Services Inc., d/b/a Corporate Resource Services*
    2525 Ponce de León Boulevard, Suite 700
    Coral Gables, Florida 33134
    (305) 854-0800

By:    /s/ Roger S. Kobert
    Roger S. Kobert (Florida Bar No. 765295)
    rkobert@wsh-law.com
    Alicia H. Welch (Florida Bar No. 100431)
    awelch@wsh-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic notice through the CM/ECF system on all counsel or parties of record below on July 24, 2015:

BOIES, SCHILLER & FLEXNER LLP
Carlos M. Sires, Esq.
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
csires@bsfllp.com
ftleserve@bsfllp.com
*Attorneys for Plaintiff/Counter-Defendant*

          By:    */s/ Roger S. Kobert*
                    Roger S. Kobert