UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-CV-23454-WILLIAMS

DEL MONTE FRESH PRODUCTION, INC.,

    Plaintiff,

vs.

TS STAFFING SERVICES INC., d/b/a
CORPORATE RESOURCE SERVICES,

    Defendant.
_____/

## ORDER STAYING CASE

**THIS MATTER** is before the Court on Defendant/Counter-claimant TS Staffing Services, Inc.'s suggestion of bankruptcy. (DE 41). On July 23, 2015, TS Staffing Services, Inc. and its affiliated companies filed for bankruptcy under Chapter 11 of the United States Bankruptcy Code in the U.S. Bankruptcy Court for the District of Delaware (Case Nos. 15-11553, 15-11546). (DE 41). These bankruptcy proceedings were subsequently transferred to the U.S. Bankruptcy Court for the Southern District of New York (Case Nos. 15-12329, 15-12336) and remain pending. Pursuant to 11 U.S.C. § 362(a), this case is **STAYED** as to Defendant/Counter-claimant TS Staffing Services, Inc. It is Plaintiff's responsibility to give notice to the Court if the stay is lifted, terminated

or otherwise changed by proceedings in the bankruptcy action. The Clerk is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of October, 2015.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE